# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TAMARA L. HIGGINBOTHAM,<br>　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>H. KENT HOLLINS P.A.,<br>　　　　　　　　　　　　Defendant. | Case No. 14-2087-JTM/KGS |

## STIPULATION OF DISMISSAL

Plaintiff and Defendant file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Tamara L. Higginbotham; Defendant is H. Kent Hollins P.A.

2. On February 25, 2014, Plaintiff filed a Complaint against Defendant in the United States District Court for the District of Kansas.

3. On October 1, 2014, Plaintiff filed a Suggestion of Bankruptcy (Doc. 30).

4. Plaintiff now moves to dismiss the suit.

5. Defendant agrees to the dismissal.

6. This case is not a class action.

7. A receiver has not been appointed in this case.

8. This case requires a court order for dismissal.

9. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

10. This dismissal is with prejudice to refiling.

11. Each party is to bear its own fees and costs.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

By: /s/ A.J. Stecklein
A.J. Stecklein #16330
Consumer Legal Clinic LLC
748 Ann Avenue
Kansas City, Kansas 66101
Telephone:  913-371-0727
Facsimile:  913-371-0147
Email:  AJ@KCconsumerlawyer.com
Attorney for Plaintiff

and


By: /s/ Louis J. Wade
Louis J. Wade #13042
Skelly Building, Suite 350
605 West 47th Street
Kansas City, Missouri 64112
Telephone:  816-960-7369
Facsimile:  816-753-9996
Email: lwade@mcdowellrice.com
Attorney for Defendant