# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

TAMARA L. HIGGINBOTHAM,
                              Plaintiff,

vs.                                             Case No. 14-2087-JTM/KGS

H. KENT HOLLINS P.A.,
                              Defendant.

## **ORDER OF DISMISSAL**

This matter is before the Court on parties' Stipulation of Dismissal (Doc. 34). The Court has considered the stipulation and finds it should be granted.

IT IS ORDERED that the Court Dismiss the above-captioned case with prejudice, with both parties to bear their own costs.

SO ORDERED this 22nd day of December, 2014.

                                                BY THE COURT:

                                                <u>s/ J. Thomas Marten</u>
                                                Honorable J. Thomas Marten, Chief Judge
                                                United States District Court